IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR418 |
| | ) | |
| MAXINE JACKSON, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the following is set for hearing on March 28, 2006 at 2:30 p.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion for Psychiatric Evaluation [15] filed by the defendant.

    This case is hereby removed from the March 28, 2006 trial calendar. A final trial date will be set after the Motion for Psychiatric Evaluation is resolved.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 22nd day of March, 2006.

                                                    BY THE COURT: