IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR418 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| MAXINE JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Dismissal (Filing No. 24).   IT IS ORDERED:

1. The government's motion to dismiss (Filing No. 24) is granted;

2. Leave of Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Maxine Jackson; and

3. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Maxine Jackson.

DATED this 31st day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge